I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone:  (702) 776-7000
Facsimile:  (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*will comply with LR IA 11-2 within 5 days*)
Catherine Simonsen (*will comply with LR IA 11-2 within 5 days*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*will comply with LR IA 11-2 within 5 days*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS, | |
| Plaintiff, | Case No. |
| v. | |
| SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; SWITCH, INC., a Nevada corporation, | **CERTIFICATE OF INTERESTED PARTIES** |
| Defendants. | |

1

## CERTIFICATE OF INTERESTED PARTIES

2    Plaintiff, V5 Technologies, LLC, d/b/a Cobalt Data Centers, through its attorneys of

3 record, the law firm of Reid Rubinstein & Bogatz, certifies that, other than those parties named

4 above and participating in the case, there are no other interested parties in the case.

5

6 Dated:  September 7, 2017

7

8           By: /s/ I. Scott Bogatz

9            I. Scott Bogatz
            Nevada Bar No. 3367

10           Kerry E. Kleiman
            Nevada Bar No. 14071

11           REID RUBINSTEIN & BOGATZ
            Bank of America Plaza

12           300 South 4th Street, Suite 830
            Las Vegas, NV 89101

13           Telephone:  (702) 776-7000
            Facsimile:  (702) 776-7900

14           sbogatz@rrblf.com
            kkleiman@rrblf.com

15           Bryan A. Merryman (*will comply with LR IA*
            *11-2 within 5 days*)

16           Catherine Simonsen (*will comply with LR IA*
            *11-2 within 5 days*)

17           WHITE & CASE LLP
            555 S. Flower Street, Suite 2700

18           Los Angeles, CA  90071-2433
            Telephone:  (213) 620-7700

19           Facsimile:  (213) 452-2329
            bmerryman@whitecase.com

20           catherine.simonsen@whitecase.com

21           Claire DeLelle (*will comply with LR IA 11-2*
            *within 5 days*)

22           WHITE & CASE LLP
            701 Thirteenth Street, NW

23           Washington, DC 20005-3807
            Telephone:  (202) 626-3600

24           Facsimile:  (202) 639-9355
            claire.delelle@whitecase.com

25

26           *Attorneys for Plaintiff*
            *V5 TECHNOLOGIES, LLC, d/b/a COBALT*

27           *DATA CENTERS*

28

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900