I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (admitted *pro hac vice*)
California Bar No. 134357
Catherine Simonsen (admitted *pro hac vice*)
California Bar No. 307325
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (admitted *pro hac vice*)
District of Columbia Bar No. 974945
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
claire.delelle@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>             Plaintiff,<br><br>     v.<br><br>SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; SWITCH, INC., a Nevada corporation,<br><br>             Defendants. | Case No. 2:17-CV-02349<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>**(First Request)** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2, Plaintiff, V5 Technologies, LLC, d/b/a Cobalt Data Centers ("Plaintiff"), and Defendants, Switch Ltd., Switch Business Solutions, LLC, Switch Communications Group, L.L.C., and Switch Inc. (collectively, "Defendants"), hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Complaint and to extend the briefing schedule relating to the anticipated motion practice as set forth below. Additional time is warranted to permit Defendants ample time to research and analyze the issues raised in Plaintiff's Complaint and for the parties to brief the complex issues raised by the claims set forth in that Complaint in the event any motion(s) are filed in response to Plaintiff's Complaint. This is the first request for extension of time with respect to Defendants' response to the Complaint and for the briefing schedule relating to such motion practice. Based on the foregoing, Plaintiff and Defendants stipulate and agree as follows:

1. That Defendants shall have an additional fourteen (14) days to respond to the Complaint, thereby giving Defendants a total of thirty-five (35) days to file their response, making the responsive pleading due on or before October 16, 2017;

2. That if Defendants respond to the Complaint by filing a Motion to Dismiss and/or another motion, Plaintiff shall have an additional fourteen (14) days to file its Response(s), thereby giving Plaintiff twenty-eight (28) days from the date of filing of Defendants' motion(s) to file its Response(s);

3. That Defendants shall have an additional seven (7) days within which to file their Reply brief(s), thereby giving Defendants a total of fourteen (14) days from the date of filing of Plaintiff's Response(s) to file their Repl(ies); and

4. That the Parties will schedule and conduct the discovery conference as required by Federal Rule of Civil Procedure 26(f) prior to the date on which Defendants must respond to the Complaint (October 16, 2017), provided that nothing herein shall be deemed a waiver of Defendants' ability to file a Motion to Stay Discovery.

///

///

REID RUBINSTEIN & BOGATZ
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

Dated: October 4, 2017

By: */s/ Kerry E. Kleiman*
    I. Scott Bogatz
    Kerry E. Kleiman
    REID RUBINSTEIN & BOGATZ
    Bank of America Plaza
    300 South 4th Street, Suite 830
    Las Vegas, NV 89101
    Telephone: (702) 776-7000
    Facsimile: (702) 776-7900
    sbogatz@rrblf.com
    kkleiman@rrblf.com

    Bryan A. Merryman (admitted *pro hac vice*)
    Catherine Simonsen (admitted *pro hac vice*)
    WHITE & CASE LLP
    555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071-2433
    Telephone: (213) 620-7700
    Facsimile: (213) 452-2329
    bmerryman@whitecase.com
    catherine.simonsen@whitecase.com

    Claire DeLelle (admitted *pro hac vice*)
    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005-3807
    Telephone: (202) 626-3600
    Facsimile: (202) 639-9355
    claire.delelle@whitecase.com

*Attorneys for Plaintiff*

Dated: October 4, 2017

By: */s/ Christopher Miltenberger*
    Mark E. Ferrario, Esq.
    Nevada Bar No. 1625
    Christopher Miltenberger, Esq.
    Nevada Bar No. 10153
    Greenberg Traurig, LLP
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169
    Telephone: (702) 792-3773
    Facsimile: (702) 792-9002

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

DATED October 5, 2017.

_____
Hon. Nancy J. Koppe
United States Magistrate Judge