MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com; miltenbergerc@gtlaw.com

GREGORY J. CASAS (*pro hac vice* pending)
Texas Bar No. 455329
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320.7238
Facsimile: (512) 320.7210
Email: casasg@gtlaw.com

*Counsel for Defendants Switch, Ltd., et al.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP, LLC, a Nevada limited liability company; SWITCH, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:17-CV-02349-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED ESI STIPULATION** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants Switch, Ltd., Switch Business Solutions, LLC, Switch Communications Group, LLC, and Switch, Inc. (collectively, "Defendants") and Plaintiff V5 Technologies, LLC d/b/a Cobalt Data Centers ("Plaintiff") agree and stipulate to extend the deadline for the parties to submit their proposed ESI Stipulation until

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Friday, December 22, 2017, and request that the Court enter an order approving the same.

On December 6, 2017, the Court entered a Scheduling Order (ECF No. 40) directing the parties to submit a proposed ESI Stipulation governing the production of electronically stored information on or before December 19, 2017. The parties are continuing to negotiate the terms of a proposed ESI Stipulation and desire additional time to conclude their negotiations in hopes of avoiding the need for court intervention on this issue. The parties believe that they will be able to conclude these negotiations by December 22, 2017. As a result, the parties respectfully request that the Court enter an order extending the deadline for them to submit a proposed ESI Stipulation to December 22, 2017.

Dated: December 19, 2017                    Dated: December 19, 2017

By: */s/ Catherine Simonsen*                 By: */s/ Christopher R. Miltenberger*
    I. Scott Bogatz                                      Samuel Castor
    Kerry E. Kleiman                                 Anne-Marie Birk
    REID RUBINSTEIN & BOGATZ              SWITCH, LTD.
    Bank of America Plaza                            7135 S. Decatur Blvd.
    300 South 4th Street, Suite 830                Las Vegas, Nevada 89118
    Las Vegas, NV 89101

                                                              Mark E. Ferrario
    Bryan A. Merryman (*pro hace vice*)         Christopher R. Miltenberger
    Catherine Simonsen (*pro hace vice*)        GREENBERG TRAURIG, LLP
    WHITE & CASE LLP                              3773 Howard Hughes Parkway
    555 S. Flower Street, Suite 2700             Suite 400 North
    Los Angeles, CA 90071-2433                  Las Vegas, NV 89169

    Claire DeLelle (*pro hace vice*)                Gregory J. Casas (*pro hac vice* pending)
    WHITE & CASE LLP                              GREENBERG TRAURIG, LLP
    701 Thirteenth Street, NW                      300 West 6th Street, Suite 2050
    Washington, DC 20005-3807                  Austin, Texas 78701

*Attorneys for Plaintiff*                              *Attorneys for Defendants*

                                                              **IT IS SO ORDERED:**

                                                               **UNITED STATES MAGISTRATE JUDGE**
                                                               **DATED:** December 20, 2017