I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone:  (702) 776-7000
Facsimile:  (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine Simonsen (*Pro Hac Vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; SWITCH, INC., a Nevada corporation,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02349-KJD-NJK<br><br>**Stipulation and [Proposed] Order Regarding ESI** |

# ESI STIPULATION

## INTRODUCTION

Defendants Switch, LTD, Switch Business Solutions, LLC, Switch Communications Group, L.L.C., and Switch, Inc. (collectively, "Switch") are in the business of, among other things, operating the heart of the internet, data centers, as well as protecting the data of others. Switch has statutory, regulatory, and contractual obligations to ensure that information that could be used to compromise its mission critical services, or the business operations of its clients is appropriately safeguarded. Switch's clients include entities with highly confidential data such as governmental agencies, hospitals and medical providers, and telecommunications carriers. As a result, Switch has heightened security requirements and protocols that it must maintain and satisfy to remain in contractual and regulatory compliance, including passing certain security and data privacy audits. Such audits include Switch's SSAE-16 and SSAE-18 protocols. Switch must ensure that only certain meta data about Switch's, Switch's customers' or Switch's vendors', operations, protocols, or network is made available outside of Switch's network to avoid materially increasing the risk of data breach, terrorism, sabotage, or espionage.

Accordingly, Switch agrees to the manner of producing ESI as contemplated in the ESI Stipulation below. Switch is in the process of identifying a vendor who can comply with both the heightened security requirements and obligations imposed upon Switch by its customers and by various rules and regulations, as well as the manner of production contemplated herein. Nonetheless, Switch will produce ESI in compliance with this ESI Stipulation within a reasonable time after securing such a vendor who can properly perform its services within Switch's secure environment and under these unique circumstances.

Plaintiff's ("Cobalt") position is that none of the foregoing material is relevant to the form and manner of production of ESI set forth below. Nevertheless, in order to jointly file this ESI protocol in a timely manner, Cobalt consented to inclusion of the foregoing.

## PRODUCTION PROTOCOL

1. **Deduplication.** The producing party is only required to produce a single copy of a responsive document (i.e. TIFF or PDF) and may de-duplicate responsive ESI (based on MD5 or SHA-1 hash values at the document level) across custodians. For emails with attachments, the hash value is generated based on the parent/child document grouping. However, metadata identifying all custodians in possession of each document that is removed as a duplicate must be produced, to the extent it exists at the point of collection, in an "OTHER CUSTODIAN" field in the production load file.

2. **Document Identifier.** Each document must have a unique and sequential document identifier for loading and organizational purposes (e.g., CTRL00000001, CTRL00000002).

3. **Load Files.**

    a. .DAT file – A .DAT file with standard Concordance delimiters for loading metadata, text, and native files into Relativity should be produced.

    b. .OPT – A standard Opticon .OPT load file to link all image paths and documents breaks should be produced.

4. **Images.** Images should generally be provided as Black & White, Single Page, Group IV, 1-Bit TIFF files. However, if producing a document in black and white that was originally in color alters or obscures the substance of the document, then the document should be produced in color as single-page 300 DPI JPG images.

5. **Endorsements.** Each document should include page level branding in sequential order, consisting of a bates number in the lower right-hand corner and any confidential designation required in the lower left-hand corner.

6. **Extracted Text/OCR Files.**

    a. All documents produced should have a corresponding document level text file. The path to the text file should be included in the .DAT file in the OCR Text field.

      b. The name of the document level text files should reflect its corresponding Bates number (e.g., CTRL00000001.txt, CTRL00000002.txt).

7. **Embedded Files.** Embedded files are to be fully extracted, and the appropriate parent-child relationship must be maintained. Examples of embedded files include but are not limited to the following:

      a. ZIP files and other compressed file formats;

      b. Embedded PDF file formats;

      c. Embedded e-mails that exist as an attachment to an e-mail.

8. **Email Families.** All parent/child document relationships must be maintained unless otherwise agreed upon. These fields should be identified in the PRODBEGATTACH or Group Identifier field contained in the .DAT file.

9. **Metadata.** Each of the metadata and coding fields set forth in Appendix A that can be extracted shall be produced for that document. The producing party is not obligated to manually populate any of the fields in Appendix A if such fields cannot be extracted from a document, with the exception of the following: PRODBEGBATES, PRODENDBATES, PRODBEGATTACH, PRODENDATTACH, CUSTODIAN, OTHER CUSTODIAN, CONFIDENTIALITY, and REDACTED. The OTHER CUSTODIAN field should be populated by the producing party or its vendor to identify other custodians in possession of the document before deduplication was applied to the data set. With respect to electronic information whose custodian(s) is a non-individual (e.g., email vaults, shared departmental locations, SharePoint repositories, or other single instance storage solutions), the producing party shall reasonably clearly identify that non-individual custodian(s) in the CUSTODIAN and OTHER CUSTODIAN fields (e.g., "Email Vault," "Sales Department Shared Drive," etc.). The producing party shall make reasonable efforts to ensure that metadata fields automatically extracted from the documents are correct.

10. **Documents Produced in Native Format.** Due to the cost or inability of image conversion and the formatting issues commonly encountered with converting the following file types to image format, native files shall be produced for the following data types below with a

- 4 -

1  corresponding TIFF placeholder.  The name of the native file should reflect its corresponding
2  Bates number (e.g., CTRL00000001.xlsx, CTRL00000002.wav).

3      a.    Computer Aided Drafting (CAD) files
4      b.    Microsoft Access databases or other database files
5      c.    Sound and music files (.mp3, .wav, .ram, .ra, .mid, etc.)
6      d.    Video files (.3g2 .3gp .asf, .asx, .avi, .flv, .mov, .mp4, .mpg, .rm, .swf,
7          .vob, .wmv, .etc)
8      e.    Microsoft Excel documents and CSV files
9          i.    The Microsoft Excel document or CSV file should be formatted in
10 the following way:  expand cells, unhide any hidden rows or columns, and cells should display
11 values not formulas.

12         ii.    If a Microsoft Excel document or CSV file requires redaction, then
13 TIFF images of the document after the redaction has been applied shall be provided and the
14 native file and full text may be withheld.  The produced file should be named for the starting
15 bates number and the confidentiality designation.

16     11.    **Image Placeholders.**  For documents produced natively, image placeholders
17 should include the text "DOCUMENT PRODUCED NATIVELY" and should be branded with a
18 corresponding Bates number and any confidentiality designation required.  For privileged family
19 members, image placeholders should include the text "PRIVILEGED – WITHHELD" or contain
20 redactions tailored to the claim of privilege.

21     12.    **Microsoft Office, WordPerfect, and Other Standard Documents (e.g., Google**
22 **Docs and PDF Documents).**  MS Office files, WordPerfect, and other standard documents, such
23 as PDF documents and the like, shall be converted to single-page TIFF or PDF images and
24 produced consistent with the specifications herein.  If the document contains comments or tracked
25 changes, the TIFF images shall be generated to include the comments or tracked changes
26 contained in the file.

27     13.    **Microsoft PowerPoint and Other Presentation Files.**  The producing party shall
28 process presentations (e.g., MS PowerPoint, Google Presently) to include hidden slides and

speaker's notes by imaging in a way that both the slide and the speaker's notes display on the TIFF or PDF image.  This paragraph is not a waiver of any party's right to request reproduction of PowerPoint and like files in color, and the parties agree to meet and confer in good faith regarding any such request.

14. **Redactions.**  In the event that a document requires redaction, native files, full text and/or OCR, and specified metadata fields may be excluded.  Metadata fields for exclusion in redacted documents include EMAIL SUBJECT, ORIGINAL FILENAME, and ORIGINAL FILEPATH.  The TIFF or PDF image should use a black solid line or some other marking to show the word is clearly viewed as a redaction (e.g. a label with the word "redacted") where applicable and the REDACTED field should be populated "Yes" to indicate the document contains a redaction.  For clarity, the Parties agree that given the security concerns inherit in the data center industry, including those referenced in the introduction, either party may redact "Highly Confidential Information" as that term is defined in the Protection Order.

15. **Password Protected Files.**  The producing party shall make reasonable efforts to identify any potentially relevant ESI that is password protected or encrypted and undertake to remove those passwords in order for the documents to be searched and/or reviewed.  If the producing party's efforts are unsuccessful, it shall identify the file(s) at issue and meet and confer with the receiving party to discuss next steps, if any.

16. **Hard Copy Documents.**

   a. Hard copy documents shall be scanned and produced in electronic form by converting them to single-page PDF or TIFF images and producing them following the same protocol set forth herein.

   b. Images of all file labels, file headings, and file folders associated with any hard copy document shall be produced with the images of the hard copy documents.

   c. Document breaks for paper documents shall be based on Logical Document Determination (or "LDD"), rather than on physical document breaks.

1       d.     The database load file shall include the following fields:
PRODBEGBATES, PRODENDBATES, PRODBEGATTACH, PRODENDATTACH, CUSTODIAN, CONFIDENTIALITY, and REDACTED.

17.    **Time Zone.**  The time zone used for a production shall be specified as required in Appendix A.

18.    **File Exchange.**

   a.    All data should be encrypted when transferred.  Secure FTP with a password protected ZIP file or Encrypted Padlock Hard Drive/Flash Drives should be provided for all productions.

   b.    ZIP file passwords should be provided in a separate email or under separate cover.

Dated:  December 22, 2017

By:  Catherine S. Simonsen
Catherine S. Simonsen (*Pro Hac Vice*)
Bryan A. Merryman (*Pro Hac Vice*)
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com

I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071)
**REID RUBINSTEIN & BOGATZ**
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone:  (702) 776-7000
Facsimile:  (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

- 7 -

*Attorneys for Plaintiff V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS*

Dated:  December 22, 2017

By:  s/ Samuel Castor
Samuel Castor
Anne-Marie Birk
SWITCH, LTD.
7135 S. Decatur Blvd.
Las Vegas, NV 89118
Telephone:  (702)-444-4102
sam@switch.com
abirk@switch.com

*In-House Attorneys for Defendants SWITCH, LTD., SWITCH BUSINESS SOLUTIONS, LLC, SWITCH COMMUNICATIONS GROUP L.L.C., and SWITCH, INC.*

## **ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2017

_____

Hon. Nancy J. Koppe

United States Magistrate Judge

**APPENDIX A**

| Field Name | Description |
|---|---|
| PRODBEGBATES | The beginning bates number of a document |
| PRODENDBATES | The ending bates number of a document |
| PRODBEGATTACH | The first bates number in the attachment range of a document family |
| PRODENDATTACH | The last bates number in the attachment range of a document family |
| CONFIDENTIALITY | The confidentiality stamp for a document |
| PAGE COUNT | The total number of pages for the document |
| MD5 HASH | 128 bit 32-digit hexadecimal number used to identify duplicates during file processing |
| FILETYPE | The type of file the document is |
| FILE EXTENSION | The file extension of the document |
| HAS COMMENTS/TRACK CHANGES | A Yes/No field identifying comments and track changes in Microsoft office documents |
| CUSTODIAN | The custodian or location the data was collected from |
| OCR Text | OCR text |
| OTHER CUSTODIAN | Other custodians in possession of the document before deduplication was applied to the data set |
| ORIGINAL FILENAME | The name of the file |
| ORIGINAL FILEPATH | The path the file was stored in the normal course of business |
| DOC AUTHOR | The windows profile name attributed to the document |
| TO | The email addresses or names in the "TO" field |
| FROM | The email addresses or names in the "FROM" field |
| CC | The email addresses or names in the "CC" field |
| BCC | The email addresses or names in the "BCC" field |
| EMAIL SUBJECT | The subject line of the email |
| PARENT DATE (SORT DATE) | Date populated by the Sent or Received Date of an email and applied to its family members |
| SENT DATE | The date an email was sent |
| RECEIVED DATE | The date an email was received |
| DATE CREATED | The file system date stamp containing the original date a file was created |
| DATE LAST MODIFIED | The file system date stamp containing the date a file was last modified |
| REDACTED | A Yes/No field indicating whether the document contains redactions |
| TIME ZONE | The time zone which was used to process a file |

**PROOF OF SERVICE**

I hereby certify that I am employed in Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, CA 90071-2433.

On December 22, 2017, I caused the foregoing document(s) to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 22, 2017, at Los Angeles, California.


By:  s/ Catherine S. Simonsen
Catherine S. Simonsen

- 1 -