I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine Simonsen (*Pro Hac Vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
claire.delelle@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>                Plaintiff,<br><br>        v.<br><br>SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; SWITCH, INC., a Nevada corporation,<br><br>                Defendants. | Case No. 2:17-cv-02349-KJD-NJK<br><br>**PLAINTIFF COBALT'S MOTION TO EXCEED PAGE LIMIT OR ATTACH DISCOVERY REQUESTS AND RESPONSES TO FORTHCOMING MOTION TO COMPEL** |

Plaintiff V5 Technologies, LLC, d/b/a/ Cobalt Data Centers' ("Cobalt") intends to file a motion to compel further responses and production of documents responsive to Cobalt's first requests for production to defendants ("Switch"). As Cobalt will show in its motion to compel, all of Switch's responses to Cobalt's requests — which Cobalt served *six months* ago — blatantly violate Rule 34 of the Federal Rules of Civil Procedure, and Switch's meager production of documents to date is far from complete and wholly non-compliant with the Order Regarding Electronically Stored Information the Court entered on December 26, 2017 (ECF No. 49).

Cobalt intends for its motion to compel to comply with Local Rule 26-7(b), which provides:

> All motions to compel discovery or for a protective order must set forth in full the text of the discovery originally sought and any response to it.

Local R. 26-7(b). However, including the full text of all of the requests and responses at issue in Cobalt's motion to compel would cause the motion to compel to far exceed the 24-page limit. *See* Local R. 7-3(b). There is no way for Cobalt both to comply with Local Rule 26-7(b) and to comply with Local Rule 7-3(b)'s page limit requirement.

Cobalt therefore respectfully requests the Court grant Cobalt permission either (1) to exceed the page limit applicable to its motion to compel by 84 pages — the length of Cobalt's requests and Switch's responses — thereby allowing Cobalt to set forth in full, in the motion to compel, the text of the requests and responses, or (2) to attach to Cobalt's motion to compel Cobalt's requests and Switch's responses, rather than setting them forth in the motion to compel itself.

Dated: April 13, 2018

By: s/ I. Scott Bogatz
I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
**REID RUBINSTEIN & BOGATZ**
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

- 1 -

COBALT'S MOTION TO EXCEED PAGE LIMIT OR ATTACH DISCOVERY REQUESTS AND RESPONSES
TO FORTHCOMING MOTION TO COMPEL – Case No. 2:17-cv-02349-KJD-NJK

sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine Simonsen (*Pro Hac Vice*)
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com

Attorneys for Plaintiff
V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS

- 2 -

COBALT'S MOTION TO EXCEED PAGE LIMIT OR ATTACH DISCOVERY REQUESTS AND RESPONSES
TO FORTHCOMING MOTION TO COMPEL – Case No. 2:17-cv-02349-KJD-NJK

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that I am employed in Las Vegas, Nevada.  I am over the age of 18 and |
| 3 | not a party to the within action.  My business address is: |
| 4 | REID RUBINSTEIN & BOGATZ |
| 5 | Bank of America Plaza<br>300 South 4th Street, Suite 830 |
| 6 | Las Vegas, NV 89101 |
| 7 | On April 13, 2018, I caused the foregoing document(s) to be filed via the Court's |
| 8 | CM/ECF system, which will accomplish service on all parties of record through their counsel. |
| 9 | I declare under penalty of perjury under the laws of the United States of America that the |
| 10 | above is true and correct. |
| 11 | Executed on April 13, 2018, at Los Angeles, California. |

By:  s/ I. Scott Bogatz
I. Scott Bogatz

# Exhibit 1

*Declaration of I. Scott Bogatz, Esq.*

| | |
|---|---|
| 1 | I. Scott Bogatz |
| | Nevada Bar No. 3367 |
| 2 | Kerry E. Kleiman |
| | Nevada Bar No. 14071 |
| 3 | REID RUBINSTEIN & BOGATZ |
| | Bank of America Plaza |
| 4 | 300 South 4th Street, Suite 830 |
| | Las Vegas, NV 89101 |
| 5 | Telephone:  (702) 776-7000 |
| | Facsimile:  (702) 776-7900 |
| 6 | sbogatz@rrblf.com |
| | kkleiman@rrblf.com |
| 7 | |
| | Bryan A. Merryman (*Pro Hac Vice*) |
| 8 | Catherine Simonsen (*Pro Hac Vice*) |
| | WHITE & CASE LLP |
| 9 | 555 S. Flower Street, Suite 2700 |
| | Los Angeles, CA  90071-2433 |
| 10 | Telephone:  (213) 620-7700 |
| | Facsimile:  (213) 452-2329 |
| 11 | bmerryman@whitecase.com |
| | catherine.simonsen@whitecase.com |
| 12 | |
| | Claire DeLelle (*Pro Hac Vice*) |
| 13 | WHITE & CASE LLP |
| | 701 Thirteenth Street, NW |
| 14 | Washington, DC 20005-3807 |
| | Telephone:  (202) 626-3600 |
| 15 | Facsimile:  (202) 639-9355 |
| | claire.delelle@whitecase.com |
| 16 | |
| | *Attorneys for Plaintiff* |
| 17 | *V5 Technologies, LLC, d/b/a Cobalt Data Centers* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS, | Case No. 2:17-cv-02349-KJD-NJK |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | **DECLARATION OF I. SCOTT BOGATZ IN SUPPORT OF COBALT'S MOTION TO EXCEED PAGE LIMIT OR ATTACH DISCOVERY REQUESTS AND RESPONSES TO FORTHCOMING MOTION TO COMPEL** |
| 24 | SWITCH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP L.L.C., a Nevada limited liability company; SWITCH, INC., a Nevada corporation, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

I, I. Scott Bogatz, declare:

1. I am an attorney duly licensed to practice law in the State of Nevada. I am counsel for plaintiff V5 Technologies, LLC, d/b/a Cobalt Data Centers ("Cobalt") in this action. I submit this declaration in support of Cobalt's motion to exceed page limit or attach discovery requests and responses to forthcoming motion to compel. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

2. Cobalt intends to file a motion to compel further responses and production of documents responsive to Cobalt's first requests for production to defendants ("Switch").

3. Local Rule 26-7(b) requires that "[a]ll motions to compel discovery or for a protective order must set forth in full the text of the discovery originally sought and any response to it." Local R. 26-7(b).

4. Cobalt's requests at issue in Cobalt's forthcoming motion to compel are 24 pages long. Switch's responses are 60 pages long. Including the full text of these requests and responses in Cobalt's motion to compel would cause the motion to compel to greatly exceed the 24-page limit. There is no way for Cobalt both to comply with Local Rule 26-7(b) and to comply with Local Rule 7-3(b)'s page limit requirement. For this reason, Cobalt seeks permission from the Court either (1) to exceed the page limit by 84 pages (thereby allowing Cobalt to set forth in full, in the motion to compel, the text of the requests and responses) or (2) to attach to Cobalt's motion to compel Cobalt's requests and Switch's responses, rather than setting them forth in the motion to compel itself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2018, at Las Vegas, Nevada.

      s/ I. Scott Bogatz_____
      I. Scott Bogatz