1  Joseph S. Kistler (3458)
2  Jeffrey R. Hall (9572)
   HUTCHISON & STEFFEN, PLLC
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, Nevada 89145
   Phone (702) 385-2500
5  Fax (702) 385-2086
6  skistler@hutchlegal.com
   jhall@hutchlegal.com
7
8  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| VS TECHNOLGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>SWTICH, LTD., a Nevada limited company; SWITCH BUSINESS SOLUTIONS, LLC, a Nevada limited liability company; SWITCH COMMUNICATIONS GROUP, LLC, a Nevada limited liability company; SWITCH, INC., a Nevada corporation.<br><br>Defendants. | Case No.: 2:17-cv-02349-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |

## 1. Introduction

COME NOW, Plaintiff, V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS ("Plaintiff"), by and through its counsel, the law firm of Reid Rubenstein & Bogatz, and Defendants Switch, et al ("Defendants"), by and through their counsel, HUTCHISON & STEFFEN, LLC, and hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Motion to Compel, due on May 3, 2018, to May 9, 2018.

The parties also agree to extend the deadline for Plaintiff's Reply in support of its Motion to May 21, 2018. This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4, and is the parties' first request for an extension of time for Defendants to respond to Plaintiff's Motion to Compel.

Defendants' counsel requests the extension due to its recent entry into the case and its ongoing attempts to familiarize itself with the facts of the case in order to provide a complete and accurate response to Plaintiff's Motion to Compel. Thus, all parties agree that an extension of the time to respond will be mutually beneficial.

Accordingly, the parties have agreed to the following briefing schedule: Defendants deadline to provide a response to Plaintiff's Motion to Compel shall be extended to May 9,

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2018, and Plaintiff's deadline to provide a Reply in support of its Motion shall be extended to May 21, 2018.

| | |
|---|---|
| **Dated: May 2, 2018** | **Dated: May 2, 2018** |
| WHITE & CASE, LLP | HUTCHISON & STEFFEN, LLC |
| */s/ Catherine Simonsen* | */s/ Jeffrey R. Hall* |
| Bryan A. Merryman (*Pro Hac Vice*) | Joseph S. Kistler (3458) |
| Catherine Simonsen (*Pro Hac Vice*) | Jeffrey R. Hall (9572) |
| 555 S. Flower Street, Suite 2700 | Peccole Professional Park |
| Los Angeles, CA 90071-2433 | 10080 West Alta Drive, Suite 200 |
| Telephone: (213) 620-7700 | Las Vegas, Nevada 89145 |
| Facsimile: (213) 452-2329 | Phone (702) 385-2500 |
| bmerryman@whitecase.com | Fax (702) 385-2086 |
| catherine.simonsen@whitecase.com | skistler@hutchlegal.com |
| | jhall@hutchlegal.com |
| I. Scott Bogatz (3367) | |
| Kerry E. Kleiman (14071) | Samuel Castor (11532) |
| REID RUBINSTEIN & BOGATZ | Anne-Marie Birk (12330) |
| Bank of America Plaza | SWITCH, LTD. |
| 300 South Street, Suite 830 | 7135 S. Decatur Blvd. |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89118 |
| Telephone: (702) 776-7000 | sam@switch.com |
| Facsimile: (702) 776-7900 | abirk@switch.com |
| sbogatz@rrblf.com | |
| kkleiman@rrblf.com | *Attorneys for Defendants* |
| Claire DeLelle (Pro Hac Vice) | |
| WHITE & CASE LLP | |
| 701 Thirteenth Street, NW | |
| Washington, DC 20005-3807 | |
| Telephone: (202) 626-3600 | |
| Facsimile: (202) 639-9355 | |
| claire.delelle@whitecase.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: May 3_____, 2018.