Rory Reid
Nevada Bar No. 3797
I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine S. Simonsen (*Pro Hac Vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
Celia McLaughlin (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
claire.delelle@whitecase.com
cmclaughlin@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, LTD., et al.,<br><br>Defendants. | Case No. 2:17-cv-02349-KJD-NJK<br><br>**STIPULATION TO (1) EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS FROM JANUARY 24 TO FEBRUARY 24, 2020; (2) ALIGN DISPOSITIVE AND DAUBERT MOTION BRIEFING SCHEDULES; AND (3) EXTEND DEADLINE TO FILE PRETRIAL ORDER FROM FEBRUARY 24 TO MARCH 25, 2020** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiff V5 Technologies, LLC, d/b/a/ Cobalt Data Centers ("Cobalt") and defendant Switch, Ltd. ("Switch"), by and through their counsel, hereby submit the following stipulation and proposed order to (1) extend the deadline to file dispositive motions from January 24, 2020, to February 24, 2020; (2) align the dispositive and Daubert motion briefing schedules; and (3) extend the deadline to file the proposed joint pretrial order from February 24, 2020, to March 25, 2020, or, if dispositive motions are filed, 30 days after decision on dispositive motions:

WHEREAS the current deadline to file dispositive motions is January 24, 2020; the current deadline to file Daubert motions is February 24, 2020; and the current deadline to file the proposed joint pretrial order is February 24, 2020, or, if dispositive motions are filed, 30 days after decision on dispositive motions (*see* ECF No. 79 at 4; ECF No. 81; LR 26-1(b)(5));

WHEREAS Local Rule 7-2(b) provides that the deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion, and the deadline to file and serve any reply in support of a motion for summary judgment is 14 days after service of the response; and for all other motions, the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion, and the deadline to file and serve any reply in support of the motion is seven days after service of the response;

WHEREAS the parties are working diligently to schedule depositions of experts in the time period between Cobalt's service of its expert reply reports on December 26, 2019 and the current dispositive motions deadline of January 24, 2020, but are encountering difficulties in scheduling all three depositions of Cobalt's three experts, and all eight depositions of Switch's eight experts, for this one-month period, particularly in light of the intervening holiday;

WHEREAS extending the dispositive motions deadline to February 24, 2020, would assist the parties in scheduling all eleven expert depositions prior to the dispositive motions deadline;

WHEREAS plaintiff and/or defendant may file a motion for summary judgment that refers or turns on the Court's ruling on one or more Daubert motions anticipated to be filed by the same party, and extending the deadline to file dispositive motions to the same date as the deadline to file

1 Daubert motions, and aligning the Daubert motion briefing schedule with the summary judgment
2 motion briefing schedule, would allow for coordination and cross-referencing, and for the motions
3 to be briefed and considered by the Court on the same timeline;

4     THEREFORE, the parties respectfully submit that good cause exists for, and request that
5 the Court enter, an order:

6     (1) Extending the deadline to file dispositive motions from January 24, 2020, to February
7         24, 2020;
8     (2) Extending the deadline to file and serve any points and authorities in response to any
9         Daubert motion to 21 days after service of the motion, and the deadline to file and
10         serve any reply in support of the motion to 14 days after service of the response; and
11     (3) Extending the deadline to file the proposed joint pretrial order from February 24,
12         2020, to March 25, 2020 (30 days after the extended dispositive-motion deadline, *see*
13         LR 26-1(b)(5)), or, if dispositive motions are filed, 30 days after decision on
14         dispositive motions.

15 Dated: December 18, 2019

By: *Rory Reid*
Rory Reid (Nevada Bar No. 3797)
I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071)
**REID RUBINSTEIN & BOGATZ**
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

IT IS SO ORDERED.
Dated: December 19, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Bryan A. Merryman (*Pro Hac Vice*)
Catherine Simonsen (*Pro Hac Vice*)
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

28

|     |                              |                                                          |
| --- | ---------------------------- | -------------------------------------------------------- |
| 1   |                              | Claire DeLelle (*Pro Hac Vice*)                          |
| 2   |                              | Celia McLaughlin (*Pro Hac Vice*)                        |
|     |                              | **WHITE & CASE LLP**                                     |
| 3   |                              | 701 Thirteenth Street, NW                                |
|     |                              | Washington, DC 20005-3807                                |
| 4   |                              | Telephone: (202) 626-3600                                |
|     |                              | Facsimile: (202) 639-9355                                |
| 5   |                              | claire.delelle@whitecase.com                             |
| 6   |                              | cmclaughlin@whitecase.com                                |
| 7   |                              | Attorneys for Plaintiff                                  |
|     |                              | V5 TECHNOLOGIES, LLC, d/b/a COBALT                       |
| 8   |                              | DATA CENTERS                                             |
| 9   | Dated: December 18, 2019     | By: *Jacob A. Reynolds*                                  |
| 10  |                              | Mark Hutchison (Nevada Bar No. 4639)                     |
|     |                              | Jacob A. Reynolds (Nevada Bar No. 10199)                 |
| 11  |                              | Cynthia Milanowski (Nevada Bar No. 5652)                 |
|     |                              | Chad Harrison (Nevada Bar No. 13888)                     |
| 12  |                              | HUTCHISON & STEFFEN, PLLC                                |
| 13  |                              | Peccole Professional Park                                |
|     |                              | 10080 West Alta Drive, Suite 200                         |
| 14  |                              | Las Vegas, Nevada 89145                                  |
|     |                              | Telephone: (702) 385-2500                                |
| 15  |                              | Facsimile: (702) 385-2086                                |
|     |                              | mhutchison@hutchlegal.com                                |
| 16  |                              | jreynolds@hutchlegal.com                                 |
| 17  |                              | cmilanowski@hutchlegal.com                               |
|     |                              | charrison@hutchlegal.com                                 |
| 18  |                              |                                                          |
|     |                              | David A. Higbee (*Pro Hac Vice*)                         |
| 19  |                              | Djordje Petkoski (*Pro Hac Vice*)                        |
|     |                              | SHEARMAN & STERLING LLP                                  |
| 20  |                              | Shearman & Sterling LLP                                  |
| 21  |                              | 401 9th Street NW, Ste 800                               |
|     |                              | Washington, D.C. 20004                                   |
| 22  |                              | Telephone: (202) 508-8000                                |
|     |                              | david.higbee@shearman.com                                |
| 23  |                              | djordje.petkoski@shearman.com                            |
| 24  |                              | Samuel Castor (Nevada Bar No. 11532)                     |
|     |                              | Anne-Marie Birk (Nevada Bar No. 12330)                   |
| 25  |                              | **SWITCH, LTD.**                                         |
|     |                              | 7135 S. Decatur Blvd.                                    |
| 26  |                              | Las Vegas, NV 89118                                      |
| 27  |                              | Telephone: (702)-444-4102                                |
|     |                              | sam@switch.com                                           |
| 28  |                              | abirk@switch.com                                         |