UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| V5 Technologies, LLC, d/b/a Cobalt Data Centers<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Switch, Ltd.; Switch Business Solutions, LLC; Switch Communications Group L.L.C.; Switch, Inc.,<br>　　　　Defendant(s). | Case #2: 17-CV-02349-KJD-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　__Todd M. Stenerson__, Petitioner, respectfully represents to the Court:
　　　　　(name of petitioner)

　　1.　That Petitioner is an attorney at law and a member of the law firm of

_____Shearman & Sterling LLP_____
　　　　　　　　　　　　　　　　(firm name)

with offices at _____401 9th Street NW, #800_____,
　　　　　　　　　　　　　　　(street address)

_____Washington_____, _____District of Columbia_____, ___20001___,
　　　(city)　　　　　　　　　　　(state)　　　　　　　　　　(zip code)

____202-508-8093____, ____todd.stenerson@shearman.com____.
(area code + telephone number)　　　　(Email address)

　　2.　That Petitioner has been retained personally or as a member of the law firm by

____Switch, Ltd., et al.____ to provide legal representation in connection with
　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1        3.    That since   February 1, 1999  , Petitioner has been and presently is a
                                      (date)

2  member in good standing of the bar of the highest Court of the State of   District of Columbia  
                                                                                 (state)

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7        4.    That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment 1 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

      5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Michigan State Bar; Illinois State Bar.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF  District of Columbia )

____Todd M. Stenerson____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__9th__ day of __December__, __2019__.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Mark A. Hutchison___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10080 West Alta Drive, Suite 200_____,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city)         (state)      (zip code)

___702-385-2500___, ___mhutchison@hutchlegal.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mark A. Hutchison _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

SAMUEL CASTOR, EVP Policy / Deputy GC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4639                           mhutchison@hutchlegal.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| Attachment 1: Todd M. Stenerson State and Federal Bar Admissions | | |
|---|---|---|
| **State Bar** | **Bar Number** | **Date of Admission** |
| Michigan | P51953 | December 5, 1994 |
| Illinois | 6230334 | November 9, 1995 |
| District of Columbia | 462110 | February 1, 1999 |
| **Federal Court** | | |
| U.S. Supreme Court | n/a | March 2, 1998 |
| **Federal Appeals Court** | | |
| U.S. Court of Appeals, Sixth Circuit | n/a | July 1, 1996 |
| U.S. Court of Appeals, Fourth Circuit | n/a | Nov. 12, 1999 |
| U.S. Court of Appeals, Third Circuit | n/a | Oct. 26, 2010 *Renewed* Feb. 9, 2017 |
| U.S. Court of Appeals, Second Circuit | n/a | December 29, 2011 *Renewed* Dec. 15, 2016 |
| U.S. Court of Appeals, Eleventh Circuit | n/a | April 17, 2012 *Renewed* Aug. 2018 |
| **Federal District Court** | | |
| U.S. District Court for the Eastern District of Michigan | n/a | Dec. 1, 1994 |
| U.S. District Court for the Western District of Michigan | n/a | July 20, 1995 |
| U.S. District Court for the Northern District of Indiana | n/a | Aug. 5, 1996 |
| U.S. District Court for the Northern District of Texas | 462110DC | Mar. 17, 1997 |
| U.S. District Court for the District of Maryland | 14194 | March 1, 1999 |
| U.S. District Court for the District of Columbia | 462110 | July 20, 2000 |
| U.S. District Court for the Eastern District of Pennsylvania | n/a | Aug. 28, 2003 |
| U.S. District Bankruptcy Court for the District of Maryland | n/a | |
| *This list does not include Admissions Pro Hac Vice | | |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Todd M Stenerson*

was duly qualified and admitted on February 1, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 30, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.