| | |
|---|---|
| 1 | Rory Reid |
| | Nevada Bar No. 3797 |
| 2 | I. Scott Bogatz |
| | Nevada Bar No. 3367 |
| 3 | Kerry E. Kleiman |
| | Nevada Bar No. 14071 |
| 4 | REID RUBINSTEIN & BOGATZ |
| | Bank of America Plaza |
| 5 | 300 South 4th Street, Suite 830 |
| | Las Vegas, NV 89101 |
| 6 | Telephone: (702) 776-7000 |
| | Facsimile: (702) 776-7900 |
| 7 | rreid@rrblf.com |
| | sbogatz@rrblf.com |
| 8 | kkleiman@rrblf.com |
| 9 | Bryan A. Merryman (*Pro Hac Vice*) |
| | Catherine S. Simonsen (*Pro Hac Vice*) |
| 10 | WHITE & CASE LLP |
| | 555 S. Flower Street, Suite 2700 |
| 11 | Los Angeles, CA 90071-2433 |
| | Telephone: (213) 620-7700 |
| 12 | Facsimile: (213) 452-2329 |
| | bmerryman@whitecase.com |
| 13 | catherine.simonsen@whitecase.com |
| 14 | Claire DeLelle (*Pro Hac Vice*) |
| | Celia McLaughlin (*Pro Hac Vice*) |
| 15 | WHITE & CASE LLP |
| | 701 Thirteenth Street, NW |
| 16 | Washington, DC 20005-3807 |
| | Telephone: (202) 626-3600 |
| 17 | Facsimile: (202) 639-9355 |
| | claire.delelle@whitecase.com |
| 18 | cmclaughlin@whitecase.com |

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS, <br><br> Plaintiff, <br><br> v. <br><br> SWITCH, LTD., et al., <br><br> Defendants. | Case No. 2:17-cv-02349-KJD-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO STRIKE (ECF NO. 176)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1), plaintiff V5 Technologies, LLC, d/b/a/ Cobalt Data Centers ("Cobalt") and defendant Switch, Ltd. ("Switch"), by and through their counsel, hereby submit the following stipulation and proposed order to extend the deadline for Cobalt to respond to Switch's Motion to Strike Everett Thompson (ECF No. 176) from February 18, 2020 to February 28, 2020:

WHEREAS after a meet and confer occurred on February 3, 2020 (the "Meet and Confer"), Switch filed a Motion to Strike Everett Thompson (ECF No. 176) on February 4, 2020;

WHEREAS pursuant to Local Rule 7-2(b), the deadline for Cobalt to file its opposition to Switch's Motion is February 18, 2020;

WHEREAS between the date of the filing of Switch's Motion and the date Cobalt's opposition to the Motion is due, the parties are scheduled for six expert depositions, and the parties are preparing Daubert motions and summary judgment motions for a February 24, 2020 filing deadline;

WHEREAS the parties agreed as part of the Meet and Confer that under these circumstances, good cause exists to give Cobalt additional time to prepare its opposition to the Motion;

WHEREAS no other deadlines nor the case schedule in general will be impacted by giving Cobalt 10 additional days to respond to Switch's Motion;

THEREFORE, the parties respectfully submit that good cause exists for, and request that the Court enter, an order extending the deadline for Cobalt to file its opposition to Switch's Motion to Strike Everett Thompson (ECF No. 176) to February 28, 2020.

Dated: February 4, 2020

By: *Rory Reid*
Rory Reid (Nevada Bar No. 3797)
I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071)
**REID RUBINSTEIN & BOGATZ**
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

| | |
|---|---|
| 1 | rreid@rrblf.com |
| 2 | sbogatz@rrblf.com |
|   | kkleiman@rrblf.com |
| 3 | Bryan A. Merryman (*Pro Hac Vice*) |
| 4 | Catherine Simonsen (*Pro Hac Vice*) |
|   | **WHITE & CASE LLP** |
| 5 | 555 S. Flower Street, Suite 2700 |
|   | Los Angeles, CA  90071-2433 |
| 6 | Telephone:  (213) 620-7700 |
|   | Facsimile:  (213) 452-2329 |
| 7 | bmerryman@whitecase.com |
| 8 | catherine.simonsen@whitecase.com |
| 9 | Claire DeLelle (*Pro Hac Vice*) |
|   | Celia McLaughlin (*Pro Hac Vice*) |
| 10 | **WHITE & CASE LLP** |
|    | 701 Thirteenth Street, NW |
| 11 | Washington, DC 20005-3807 |
|    | Telephone:  (202) 626-3600 |
| 12 | Facsimile:  (202) 639-9355 |
|    | claire.delelle@whitecase.com |
| 13 | cmclaughlin@whitecase.com |
| 14 | |
|    | Attorneys for Plaintiff |
| 15 | V5 TECHNOLOGIES, LLC, d/b/a COBALT |
|    | DATA CENTERS |
| 16 | |
| 17 | Dated:  February 4, 2020   By: *Jacob A. Reynolds* |
|    | Mark Hutchison (Nevada Bar No. 4639) |
| 18 | Jacob A. Reynolds (Nevada Bar No. 10199) |
|    | Cynthia Milanowski (Nevada Bar No. 5652) |
| 19 | Chad Harrison (Nevada Bar No. 13888) |
|    | HUTCHISON & STEFFEN, PLLC |
| 20 | Peccole Professional Park |
| 21 | 10080 West Alta Drive, Suite 200 |
|    | Las Vegas, Nevada 89145 |
| 22 | Telephone: (702) 385-2500 |
|    | Facsimile:  (702) 385-2086 |
| 23 | mhutchison@hutchlegal.com |
|    | jreynolds@hutchlegal.com |
| 24 | cmilanowski@hutchlegal.com |
|    | charrison@hutchlegal.com |
| 25 | |
| 26 | David A. Higbee (*Pro Hac Vice*) |
|    | Djordje Petkoski (*Pro Hac Vice*) |
| 27 | SHEARMAN & STERLING LLP |
|    | Shearman & Sterling LLP |
| 28 | 401 9th Street NW, Ste 800 |

Washington, D.C. 20004
Telephone: (202) 508-8000
david.higbee@shearman.com
djordje.petkoski@shearman.com

Samuel Castor (Nevada Bar No. 11532)
Anne-Marie Birk (Nevada Bar No. 12330)
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, NV 89118
Telephone: (702)-444-4102
sam@switch.com
abirk@switch.com

Attorneys for Defendant
SWITCH, LTD.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: February 6, 2020