Rory Reid
Nevada Bar No. 3797
I. Scott Bogatz
Nevada Bar No. 3367
Kerry E. Kleiman
Nevada Bar No. 14071
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone:  (702) 776-7000
Facsimile:  (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine S. Simonsen (*Pro Hac Vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
Celia McLaughlin (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com
cmclaughlin@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>                    Plaintiff,<br><br>     v.<br><br>SWITCH, LTD., et al.,<br><br>                    Defendants. | Case No. 2:17-cv-02349-KJD-NJK<br><br>**PLAINTIFF V5 TECHNOLOGIES, LLC D/B/A COBALT DATA CENTERS' MOTION FOR WITHDRAWAL OF COUNSEL PETER D'AGOSTINO** |

1   Pursuant to Local Rule IA 11-6(b), plaintiff V5 Technologies, LLC, d/b/a Cobalt Data Centers ("Cobalt") hereby moves for the withdrawal of Peter D'Agostino as counsel of record for Cobalt in the above-captioned action.  Bryan Merryman, Claire DeLelle, Celia McLaughlin, and Catherine Simonsen of White & Case LLP, and Rory Reid, I. Scott Bogatz, and Kerry Kleiman of Reid Rubinstein & Bogatz, continue to serve as counsel for Cobalt.  Pursuant to Local Rule IA 11-6(b), counsel represents that the client has received notice and has no objection to this withdrawal and the withdrawal will cause no delays or rescheduling of dates.

Dated:  May 7, 2020

By: s/ *Rory Reid*
Rory Reid (Nevada Bar No. 3797)
I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071)
**REID RUBINSTEIN & BOGATZ**
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone:  (702) 776-7000
Facsimile:  (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine S. Simonsen (*Pro Hac Vice*)
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
Celia A. McLaughlin (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
claire.delelle@whitecase.com
cmclaughlin@whitecase.com

*Attorneys for Plaintiff*
*V5 TECHNOLOGIES, LLC*

IT IS SO ORDERED.
Dated:  May 8, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -
COBALT'S MOTION FOR WITHDRAWAL OF COUNSEL PETER D'AGOSTINO
Case No. 2:17-cv-02349-KJD-NJK