Rory Reid (Nevada Bar No. 3797)
I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071)
REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

Bryan A. Merryman (*Pro Hac Vice*)
Catherine S. Simonsen (*Pro Hac Vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Claire DeLelle (*Pro Hac Vice*)
Celia McLaughlin (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
claire.delelle@whitecase.com
cmclaughlin@whitecase.com

*Attorneys for Plaintiff*
*V5 Technologies, LLC, d/b/a Cobalt Data Centers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| V5 TECHNOLOGIES, LLC, d/b/a COBALT DATA CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>SWITCH, LTD., et al.,<br><br>Defendants. | Case No. 2:17-cv-02349-KJD-VCF<br><br>**JOINT STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS** |

- 1 -

1  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff V5 Technologies, LLC, d/b/a Cobalt Data Centers ("Cobalt") and defendant Switch, Ltd. ("Switch") (each a "party," and collectively, the "parties"), through their undersigned counsel, for the purposes of this action only, and subject to the approval of the Court, as follows:

**Authenticity**. Documents produced to a party to this action by another party in response to a document request served upon a party pursuant to Fed. R. Civ. P. 34, or as part of initial disclosures pursuant to Fed. R. Civ. P. 26, shall be deemed authentic for purposes of Fed. R. Evid. 901 – that is, true copies of what they facially purport to be – absent good cause. Good cause would include, for example and without limitation, issues relating to the completeness of the document (e.g., missing or incomplete pages) or any conditions in the actual document or the manner in which it was produced that brings into question whether the document was actually generated by the relevant party or third-party.

Defendant however specifically reserves the right to challenge Cobalt_00000143-148, Cobalt_00000149-153, Cobalt_00000154-158, and Cobalt_00000159-163 as Authentic.

**Best Evidence Rule**. No party shall object, at trial or otherwise, to the admissibility of any document produced to a party to this action by another party in response to a document request served upon a party pursuant to Fed. R. Civ. P. 34, or as part of initial disclosures pursuant to Fed. R. Civ. P. 26, under Fed. R. Evid. 1002 on the grounds that the document is not an original writing, recording, or photograph – absent good cause.

Defendant however specifically reserves the right to challenge Cobalt_00000143-148, Cobalt_00000149-153, Cobalt_00000154-158, and Cobalt_00000159-163 under the Best Evidence Rule.

This stipulation does not address and cannot be used to establish elements of admissibility other than the element of authenticity and satisfaction of the Best Evidence Rule.

//
//
//
//

Respectfully Submitted,


/s/ Rory Reid                                                        October 20, 2021
Rory Reid                                                                   Date
*Attorneys for Plaintiff V5 TECHNOLOGIES,*
*LLC, d/b/a COBALT DATA CENTERS*


Jacob Reynolds                                                   October 20, 2021
Jacob Reynolds                                                          Date
*Attorneys for Defendant SWITCH, LTD.*



IT IS SO ORDERED.

DATED:          Oct. 21, 2021              .

_____
HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

1

2  I hereby certify that I am employed in Las Vegas, Nevada. I am over the age of 18 and

3  not a party to the within action. My business address is:

4  REID RUBINSTEIN & BOGATZ
5  Bank of America Plaza
   300 South 4th Street, Suite 830
6  Las Vegas, NV 89101

7  On October 20, 2021, I caused the foregoing document(s) to be filed via the Court's

8  CM/ECF system, which will accomplish service on all parties of record through their counsel.

9  I declare under penalty of perjury under the laws of the United States of America that the

10  above is true and correct.

11  Executed on October 20, 2021, at Las Vegas, Nevada.

12

13                                             By: /s/ Rory Reid
                                                   Rory Reid
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28