1    Mark A. Hutchison (4639)
     Jacob A. Reynolds (10199)
2    HUTCHISON & STEFFEN, PLLC
3    10080 W. Alta Dr., Suite 200
     Las Vegas, NV 89145
4    (702) 385-2500/Fax: (702) 385-2086
     mhutchison@hutchlegal.com
5    jreynolds@hutchlegal.com

6
     Todd M. Stenerson (*pro hac vice*)
7    Djordje Petkoski (*pro hac vice*)
     SHEARMAN & STERLING LLP
8    401 9th Street, NW
9    Washington, DC 20004-2128
     (202) 508-8000/Fax: (202) 508-8100
10   Todd.Stenerson@shearman.com
11   Djordje.Petkoski@shearman.com

12   Samuel D. Castor (11532)
     Lynnel M. Reyes (14604)
13   SWITCH, LTD.
14   7135 South Decatur Blvd.
     Las Vegas, Nevada 89118
15   Telephone: (702) 444-4111
     policy@switch.com
16

17   *Attorneys for Defendants*

18              **UNITED STATES DISTRICT COURT**

19                  **DISTRICT OF NEVADA**

20   V5 TECHNOLGIES, LLC, d/b/a          Case No.: 2:17-cv-02349-KJD-VCF
     COBALT DATA CENTERS,
21
22          Plaintiff,                   **STIPULATION AND ORDER OF
                                         DISMISSAL WITH PREJUDICE**
23   v.

24   SWITCH, LTD., et al.,

25
            Defendants.
26

27

28

The parties, plaintiff V5 Technologies, LLC d/b/a/ Cobalt Data Centers ("Cobalt") and defendants (and former defendants) Switch, Ltd., Switch Business Solutions, LLC, Switch Communications Group, L.L.C., and Switch, Inc. ("Switch"), by and through their counsel, hereby stipulate and agree to dismiss this action with prejudice.  Attorney's fees and costs incurred will be borne by the respective parties.

This is a final order and closes the case; the Court, however, retains jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED**.

DATED this 16th day of November, 2021.   DATED this 16th day of November, 2021.

Catherine S. Simonsen (Pro Hac Vice)
Bryan A. Merryman (Pro Hac Vice)
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
bmerryman@whitecase.com
catherine.simonsen@whitecase.com

Rory Reid (Nevada Bar No. 3797)
I. Scott Bogatz (Nevada Bar No. 3367)
Kerry E. Kleiman (Nevada Bar No. 14071) REID RUBINSTEIN & BOGATZ
Bank of America Plaza
300 South 4th Street, Suite 830
Las Vegas, NV 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
rreid@rrblf.com
sbogatz@rrblf.com
kkleiman@rrblf.com

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com

Todd M. Stenerson (*pro hac vice*)
Djordje Petkoski (*pro hac vice*)
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington, DC 20004-2128
(202) 508-8000/Fax: (202) 508-8100
Todd.Stenerson@shearman.com
Djordje.Petkoski@shearman.com

Samuel D. Castor (11532)
Lynnel M. Reyes (14604)
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118

*Attorneys for Plaintiff Cobalt*

Telephone: (702) 444-4111
policy@switch.com

*Attorneys for Defendants Switch*

## **ORDER**

IT IS SO ORDERED.

DATED this ___16___ day of ___Nov_____, 2021

_____
Hon. Kent J. Dawson
United States District Judge